**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| QUINTON WALKER, ) | | |
| ID # 48232-177, ) | | |
|     Movant, ) | No. 3:16-CV-1143-D (BH) | |
| vs. ) | No. 3:14-CR–0210-D (9) | |
| ) | | |
| UNITED STATES OF AMERICA, ) | | |
|     Respondent. ) | Referred to U.S. Magistrate Judge | |

**ORDER**

Pursuant to *Special Order No. 3-251*, this habeas case has been referred for findings, conclusions and recommendation. On June 14, 2016, it was recommended that this action be dismissed for failure to prosecute or follow court orders because the petitioner had failed to file an amended petition on the appropriate form within 30 days as ordered. (*See* doc. 3.) On June 28, 2016, he filed his amended petition on the appropriate form. Because the petitioner has now complied with the order of the Court, and the June 14, 2016 findings, conclusions, and recommendation have not yet been accepted, they are hereby **VACATED**.

**SIGNED this 29th day of June, 2016.**

                                                                  IRMA CARRILLO RAMIREZ
                                                                  UNITED STATES MAGISTRATE JUDGE