IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| QUINTON WALKER,         | )   |                      |
|-------------------------|-----|----------------------|
| ID #48232-177           | )   |                      |
|   Movant,     | )   |                      |
| vs.                     | )   | No. 3:16-CV-1143-D   |
|                         | )   | No. 3:14-CR-210-D (9)|
|                         | )   |                      |
| UNITED STATES OF AMERICA,| )  |                      |
|   Respondent. | )   |                      |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, movant is granted an out-of-time appeal in Criminal No. 3:14-CR-219-D, and movant's 28 U.S.C. § 2255 motion to vacate is dismissed without prejudice.

The clerk of court is directed to re-enter the judgment in Criminal No. 3:14-CR-210-D(9).

By separate order in Criminal No. 3:14-CR-210-D(9), the court will appoint an attorney to file a notice of appeal on movant's behalf and to represent him on appeal.

Considering the record in this case and pursuant to Fed. R. App. P. 22(b), Rule 11(a) of the Rules Governing §§ 2254 and 2255 proceedings, and 28 U.S.C. § 2253(c), the court denies a certificate of appealability. The court adopts and incorporates by reference the magistrate judge's findings, conclusions, and recommendation filed in this case in support of its finding that the petitioner has failed to show (1) that reasonable jurists would find this court's "assessment of the constitutional claims debatable or wrong," or (2) that reasonable jurists would find "it debatable

whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this court] was correct in its procedural ruling." *Slack v. McDaniel,* 529 U.S.473, 484 (2000).

If petitioner files a notice of appeal,

( )     petitioner may proceed *in forma pauperis* on appeal.

(**X**)     petitioner must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis*.

**SO ORDERED**.

September 19, 2018.

                                             SIDNEY A. FITZWATER
                                             UNITED STATES DISTRICT JUDGE